

# THE ATTORNEY GENERAL
## OF TEXAS

PRICE DANIEL
ATTORNEY GENERAL

AUSTIN, TEXAS

Honorable H. G. Hamrick, Member
Industrial Accident Board
Land Office Building
Austin, Texas

Dear Mr. Hamrick:

Opinion No. O-6263

Re: Construction of Article 8306
Section 8a, Revised Civil Statutes,
as the same is affected by the mari-
tal status of a minor daughter.

Your request for an opinion from this department is as
follows:

"Will you kindly furnish me with your opinion regarding
married women?

"(1) Is a married woman under the age of 21 years
who is dependent upon her father entitled to workmen's
compensation upon the death of her father?

"(2) Is a married woman under the age of 21 years
of age who is not dependent upon her father entitled
to workmen's compensation upon the death of her father?"

Article 8306, Sec. 8a, of the Revised Civil Statutes, provides:

"The compensation provided for int he foregoing
section of this law shall be for the sole and exclusive
benefit of the surviving husband who has not for good
cause and for a period of three years prior thereto, a-
bandoned his wife at the time of the injury, and of the
wife who has not at the time of the injury without good
cause and for a period of three years prior thereto,
abandoned her husband, and of the minor children,
parents and stepmother, without regard to the question

of dependency, dependent grandparents, dependent
children and dependent brothers and sisters of the
deceased employe; * * *".

Article 4625 of the Statutes reads as follows:

"Every female under the age of twenty-one years
who shall marry in accordance with the laws of this
State, shall, from and after the time of such marriage,
be deemed to be of full age and shall have all the rights
and privileges to which she would have been entitled
had she been at the time of her marriage of full age."

The Article last quoted precludes a holding that a married
woman under the age of twenty-one years is a minor. By that emphatic
statute such married woman is "deemed to be of full age". (See, Dumke
v. Barkley, 87 S.W. 1147).

Section 8a of Article 8306, however, regardless of age what-
soever, names "dependent children" as beneficiaries of the Compen-
sation Act.

In view of this broad scope of Section 8a, including as it
does dependent children regardless of age, it follows that your ques-
tions should be answered as follows:

(1) A married woman under the age of twenty-one years,
who is dependent upon her father, is entitled to the compensation.
(2) A married woman under the age of twenty-one years, who is
not dependent upon her father, is not entitled thereto.

In other words, to be such beneficiary, a daughter must be
either a minor or a dependent.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

      Ocie Speer
      Assistant

APPROVED NOV. 17, 1944
Grover Sellers
Attorney General of Texas

OS-MR

APPROVED OPINION COMMITTEE
By BWB, Chairman